IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **RALPH McCLAIN,** | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Case No. 2:23-cv-4012-JDW |
| | : | |
| **WALTER HAWKINS,** *et al.*, | : | |
| Defendants. | : | |

### ORDER

AND NOW, this 20th day of June, 2024, for the reaons stated in the Court's accompanying Memorandum, it is **ORDERED** that the remaining claims in this case are **DISMISSED WITHOUT PREJUDICE** for failure to serve in accordance with Federal Rule of Civil Procedure 4(m). The Clerk of Court shall close this case.

BY THE COURT:

*/s/ Joshua D. Wolson*
**JOSHUA D. WOLSON, J.**